# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cr-00376-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| VLADIMER HANDL, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Supervised Release. (Doc. No. 2).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: March 25, 2021

Max O. Cogburn Jr
United States District Judge