UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00376-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VLADIMER HANDL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 2). The Court ordered the Government to respond in a previous order but has not received a response. (Doc. No. 3).

### ORDER

**IT IS, THEREFORE, ORDERED** that within **10 days** the Government shall file a response to Defendant's motion.

Signed: April 16, 2021

Max O. Cogburn Jr.
United States District Judge