UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-376-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **VLADIMER HANDL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 2). The Court ordered a response from the Government. The Government consulted with the United States Probation Office ("USPO"). For the reasons set forth in Defendant's motion and based on reports from the USPO, the Government is not opposed to Defendant being granted early termination from his supervised release. The Government further advises that Defendant's outstanding balance $11,275.00 on his fine has expired, and he therefore owes no more money to the government. The USPO also does not oppose early termination of Defendant's supervised release.

Finding that Defendant has shown that he is an excellent candidate for early termination of supervised release, the Court will, therefore, grant Defendant's motion.

## **ORDER**

**IT IS HEREBY ORDERED** that defendant's Motion for Early Termination of Supervised Release (Doc. No. 2) is **GRANTED**.

Signed: June 23, 2021

Max O. Cogburn Jr.
United States District Judge